# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                          NO. 4:16MJ97-BD-1

PATRICK BARRETT                                              DEFENDANT

## ORDER OF DETENTION

On this date, Defendant Patrick Barrett appeared before the Court, with counsel, for initial appearance on a complaint. Mr. Barrett requested pre-trial release. The Government seeks detention, but neither party was prepared to move forward with a hearing. Accordingly, Mr. Barrett is remanded to the custody of the United States Marshal for detention pending a bond hearing.

IT IS SO ORDERED this 24th day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE