UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                                  **Plaintiff**

**v.**                         Case No.: 4:16–mj–00097–BD

**Patrick Barrett**                                                                            **Defendant**

## NOTICE OF HEARING

    PLEASE take notice that a Detention Hearing has been set in this case for June 30, 2016, at 10:00 AM before Magistrate Judge Beth Deere in Little Rock Courtroom # 1D in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** June 28, 2016                                   AT THE DIRECTION OF THE COURT
                                                          JAMES W. McCORMACK, CLERK

                                                          **By:**  /s/ Suzy Flippen, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas