IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                        PLAINTIFF

VS.                                       NO. 4:16-MJ-97-BD

PATRICK BARRETT                                                                 DEFENDANT

## ORDER

Defendant Patrick Barrett appeared, with counsel, on June 30, 2016, for a detention hearing. After considering the testimony presented by the parties and argument of counsel, the Court finds by clear and convincing evidence that Mr. Barrett poses an unreasonable risk of danger to the community based on the type of weapon found in his vehicle and the danger he would pose to himself and his family if released.

Based on all of these considerations, Defendant Barrett is remanded to the custody of the United States Marshal for detention pending trial or resolution of this case. He must be afforded a reasonable opportunity to consult privately with defense counsel.

IT IS SO ORDERED this 6th day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE